UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20689-CR-HUCK/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JENNIFER STIMPSON
and MATTHEW PRICE,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR DISBURSEMENT OF BOND

THIS CAUSE having come before the Court on Defendant, Jennifer Stimpson's, Motion for Disbursement of Bond, and the Court having considered same, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**. The Clerk of this Court is directed forthwith to disburse Mrs. Stimpson's cash bail in the amount of **$5,000.00**, plus any accrued interest to: **Michael Stimpson, 15621 S.W. 51 Terrace, Miami, FL 33185.**

DONE AND ORDERED at Miami, Florida this 3rd day of Sept, 2008.

                                              PAUL C. HUCK
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Karen Rochlin, AUSA
Brian Stekloff, AFPD
Damian E. Thomas, Esq.
Michael A. Wasserman, Esq.
Financial Deputy Clerk