UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20689-CR-HUCK/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JENNIFER STIMPSON
and MATTHEW PRICE,

    Defendants.
_____/

## ORDER GRANTING AMENDED MOTION FOR DISBURSEMENT OF BOND

THIS CAUSE having come before the Court on Defendant, Jennifer Stimpson's, Amended Motion for Disbursement of Bond, and the Court having considered same, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**. The Clerk of this Court is directed forthwith to disburse Mrs. Stimpson's cash bail in the amount of **$5,000.00**, plus any accrued interest to: **Jennifer Stimpson, 15621 S.W. 51 Terrace, Miami, FL 33185.**

DONE AND ORDERED at Miami, Florida this 24 day of _____, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Karen Rochlin, AUSA
Brian Stekloff, AFPD
Damian E. Thomas, Esq.
Michael A. Wasserman, Esq.
Financial Deputy Clerk